UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>   Plaintiff,<br><br>v.<br><br>H. VERA,<br><br>   Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING SEPTEMBER 5, 2019 SETTLEMENT CONFERENCE<br><br>AMENDED DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 21, 22) |

  Plaintiff Audree Chatman is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

  This action proceeds on Plaintiff's complaint against Defendant H. Vera for excessive force in violation of the Eighth Amendment. (ECF No. 11.)

  On July 3, 2019, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 21.) The Court's order granted Defendant time to investigate and determine whether to opt-out of the post-screening ADR project.

  On August 1, 2019, Defendant timely filed a notice to opt-out of the Court's post-screening ADR project and to vacate the settlement conference currently scheduled for September 5, 2019. (ECF No. 22.) After reviewing the request, the Court finds good cause to grant Defendants' request. Therefore,

1

the stay of this action is lifted, and the September 5, 2019 settlement conference is vacated. This case is now ready to proceed, and the discovery and scheduling order will be amended.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 21), is LIFTED;
2. The September 5, 2019 settlement conference is VACATED;
3. The deadline for filing motions for summary judgment for failure to exhaust administrative remedies is **October 28, 2019**;
4. The deadline to amend the pleadings is **December 30, 2019**;
5. The discovery deadline is **March 6, 2020**;
6. The dispositive motion deadline is **May 8, 2020**; and
7. All other provisions of the Court's May 28, 2019 discovery and scheduling order, (ECF No. 18), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 2, 2019**

UNITED STATES MAGISTRATE JUDGE