# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. VERA,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT'S TO RE-SERVE MOTION FOR SUMMARY JUDGMENT AT PLAINTIFF'S NEW ADDRESS OF RECORD<br><br>[ECF No. 25] |

　　　　Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 28, 2019, Defendant filed a motion for summary judgment. (ECF No. 24.)

　　　　On October 30, 2019, Plaintiff filed a notice of change of address. (ECF No. 25.)

　　　　In light of Plaintiff's notice of change of address, Defendant is directed to re-serve a copy of the motion for summary judgment filed on October 28, 2019, within **five (5)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**November 4, 2019**__　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1