UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. VERA,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 35] |

Plaintiff Audree Chatman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the discovery and dispositive motions deadlines, filed on May 8, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to **August 10, 2020**, and the dispositive motion deadline is extended to **September 8, 2020**.

IT IS SO ORDERED.

Dated: **May 11, 2020**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1