# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. VERA,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 37] |

Plaintiff Audree Chatman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's second motion to extend the discovery and dispositive motion deadlines, filed July 23, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to **August 10, 2020**, and the dispositive motion deadline is extended to **September 8, 2020**. All other provisions of the Court's May 28, 2019 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __July 24, 2020__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1