UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. VERA,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>AMENDMENT TO JULY 24, 2020 ORDER<br><br>[ECF No. 37] |

　　　Plaintiff Audree Chatman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　The Court's July 24, 2020 order, granting Defendants' second motion to extend the discovery and dispositive motion deadlines is amended to reflect that the discovery deadline is extended to **September 24, 2020** and the dispositive motion deadline is extended to **December 10, 2020**. All other provisions of the Court's May 28, 2019 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __July 27, 2020__　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28