UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>              Plaintiff,<br><br>        v.<br><br>H. VERA,<br><br>              Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 40) |

Plaintiff Audree Chatman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's third motion to modify the discovery and scheduling order, filed September 8, 2020.

Good cause having been presented, it is HEREBY ORDERED that the discovery deadline is extended to **November 9, 2020**, and the dispositive motion deadline is extended to **January 25, 2021**. All other provisions of the Court's May 28, 2019 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **September 9, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1