# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>H. VERA,<br><br>            Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is ready to proceed to trial as no dispositive motion was filed and the deadline to do so has now passed. However, a review of the docket in this case reflects that Plaintiff has failed to keep the Court apprised of his current address.

On August 20, 2020, the Court's July 24, 2020 order was returned as "undeliverable."

Pursuant to this Court's Local Rules, litigants are required to keep the court apprised of their current address. Local Rule 183, specifically states:

///

///

///

1

"[a] party appearing *in propria persona s*hall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

E.D. Cal. Loc. R. 183(b) (2019). Federal Rule of Civil Procedure 41(b) permits the court to involuntarily dismiss an action when a litigant fails to prosecute an action or fails to comply with other Rules or with a court order. See Fed. R. Civ. P. 41(b); see also Applied Underwriters v. Lichtenegger, 913 F.3d 884, 889 (9th Cir. 2019) (citations omitted); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances."). Local Rule 110 also allows the Court to impose sanctions on a party who fails to comply with the Court's Rules or any order of court. Because Plaintiff has failed to keep the Court apprised of his current address of record, he shall show cause why the action should not be dismissed.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed;

2. The Clerk of Court shall send a courtesy copy of this order on Plaintiff at California State Prison, Sacramento. See http://inmatelocator.cdcr.ca.gov. However, the Court will not change the address of record in this case unless and until Plaintiff files a proper notice of address change; and

3. The failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: __May 14, 2021__

UNITED STATES MAGISTRATE JUDGE