# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H. VERA,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 42) |

Plaintiff Audree Chatman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 14, 2021, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to keep the court updated with his address of record. (ECF No. 42.)

On May 27, 2021, Plaintiff filed a notice of change of address. (ECF No. 43.) Inasmuch as Plaintiff has notified the Court of his new address, the Court will discharge the order to show cause issued on May 14, 2021. As this case is ready to proceed to trial as no dispositive motion was filed, the Court will issue a further scheduling order in due course.

IT IS SO ORDERED.

Dated: __**June 7, 2021**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1