# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>H. VERA,<br><br>    Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER RESCHEDULING TELEPHONIC TRIAL CONFIRMATION HEARING BEFORE DISTRICT JUDGE DALE A. DROZD<br><br>(ECF No. 45) |

Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a telephonic trial confirmation hearing before District Judge Dale A. Drozd on February 28, 2022, at 1:30 p.m.

In light of the fact that Plaintiff requested and was granted an extension of time to file his pretrial statement, the Court finds it prudent to continue and reschedule the telephonic trial confirmation hearing to **April 25, 2022, at 1:30 p.m**. in Courtroom 5.  Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at 1-877-402-9757, access code 6966236

IT IS SO ORDERED.

Dated:   **January 26, 2022**

UNITED STATES MAGISTRATE JUDGE

1