UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>H. VERA,<br>　　　　　　Defendant. | 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **AUDREE CHATMAN, CDCR #AX-3772**, VIA TELEPHONE<br><br>DATE: April 25, 2022<br>TIME: 1:30 p.m. |

　　**Audree Chatman**, **CDCR #AX-3772**, a necessary and material witness on his own behalf in a Telephonic Trial Confirmation Hearing in this case on April 25, 2022, is confined at **California State Prison, Sacramento**, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone** before District Judge Dale A. Drozd, on April 25, 2022, at 1:30 a.m.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by telephone** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Sacramento**

　　**WE COMMAND** you to produce the inmate named above **to appear via telephone** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **March 24, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

