**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDREE CHATMAN, | ) Case No.: 1:18-cv-01463-DAD-SAB (PC) |
| Plaintiff, | )<br>) NOTICE OF ERRATA TO COURT'S |
| v. | ) MAY 18, 2022 ORDER |
| H. VERA, | ) (ECF No. 77) |
| Defendant. | )<br>) |
| | ) |
| | ) |

Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial before District Judge Dale A. Drozd on August 30, 2022.  However, the Court's May 18, 2022, order incorrectly states the date as August 31, 2022.  Accordingly, the May 18, 2022, order is hereby amended to reflect that the correct date of the jury trial is August 30, 2022.

IT IS SO ORDERED.

Dated:  __**May 27, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE

1