UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>            Plaintiff,<br><br>       v.<br><br>H. VERA,<br><br>            Defendant. | Case No.: 1:18-cv-01463-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE AUDREE CHATMAN, CDCR #AX-3772<br><br>(ECF No. 84) |

A settlement conference in this matter commenced on July 14, 2022. Inmate Audree Chatman, CDCR #AX-3772 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **July 14, 2022**                        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

1