UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>H. VERA,<br><br>    Defendant. | Case No.: 1:18-cv-01463-SAB (PC)<br><br>**ORDER AMENDING FINAL PRETRIAL ORDER**<br><br>(ECF No. 81)<br><br>Motion in Limine Deadlines:<br>Filing: August 23, 2022<br>Response: August 30, 2022<br>Hearing: September 1, 2022, at 10:00 a.m.<br><br>Trial Date: September 13, 2022, at 8:30 a.m. in Courtroom (SAB) (2-3 days) |

Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant H. Vera for excessive force in violation of the Eighth Amendment.

On June 6, 2022, the Honorable Dale A. Drozd issued a final pretrial order setting the case for jury trial on August 30, 2022. (ECF No. 81.)

However, on July 20, 2022, the case was reassigned based on the parties consent to Magistrate Judge jurisdiction. (ECF No. 89.)

///

In light of the reassignment, it is HEREBY ORDERED that the final pretrial order issued on June 6, 2022 (ECF No. 81) is amended as follows:

1. The jury trial is set for **September 13, 2022**, **at 8:30 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone.

2. Motions in limine shall be filed on or before **August 23, 2022**.

3. Oppositions to motions in limine shall be filed on or before **August 30, 2022**.

4. The matter is set for a telephonic motions in limine hearing on **September 1, 2022**, at **10:00 a.m.** before Magistrate Judge Stanley A. Boone. Counsel for Defendant is required to arrange for the participation of Plaintiff in the motions in limine hearing and to contact Courtroom Deputy, Victoria Gonzales, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

5. No later than **August 16, 2022**, the parties shall exchange their proposed exhibits to allow for the parties to file objections to be addressed at the motions in limine hearing on **September 1, 2022.**

6. Defendant is required to submit trial exhibits for both parties in binders. Counsel shall submit three (3) complete, legible and identical sets of exhibits in binders on or before **September 6, 2022**. Within the binders, the pre-marked exhibits must be separately tabbed and assembled in sequential order. All of Plaintiff's exhibits shall be marked sequentially beginning with 1 (e.g., 1, 2, etc.). All of Defendant's exhibits shall be marked sequentially beginning with A (e.g., A, B, C…AA, BB, CC…AAA, BBB, CCC, etc.). The binders shall be delivered to Courtroom Deputy Clerk Victoria Gonzales.

6. Counsel must lodge the sealed original copy of any deposition transcript to be used at trial with the Clerk of Court no later than **September 6, 2022**.

7. The parties shall serve their proposed jury instructions on one another no later than **August 23, 2022**. The parties must conduct a conference to address their proposed jury instructions and shall reach agreement on the jury instructions to be given at trial. The parties shall file their joint proposed jury instructions with the Court no later than **August 30, 2022.** If any party proposes additional jury instructions that are not agreed

upon by all parties, such proposed jury instructions shall be filed with the Court no later than **August 30, 2022**. Each party may file up to ten (10) proposed jury instructions and identify such as jury instructions upon which all parties could not agree. All proposed jury instructions shall (1) indicate the party submitting the instruction (i.e., joint/agreed-on, Plaintiff's or Defendants'), (2) be numbered sequentially, (3) include a brief title for the instruction describing the subject matter, (4) include the text of the instruction, and (5) cite the legal authority supporting the instruction. If the proposed jury instruction is based on the Ninth Circuit Model Jury Instructions, CACI, BAJI or other source of jury instructions, the proposed jury instruction shall also include a citation to that specific instruction. Counsel for Defendant shall email all proposed jury instructions in Word® format to saborders@caed.uscourts.gov no later than **August 30, 2022**.

8. No later than **September 6, 2022,** the parties shall file and serve written objections to any disputed jury instructions proposed by another party. All objections shall be in writing and (1) shall set forth the proposed instruction objected to in its entirety, (2) shall specifically set forth the objectionable matter in the proposed instruction, and (3) shall include a citation to legal authority to explain the grounds for the objection and why the instruction is improper. A concise argument concerning the instruction may be included. Where applicable, the objecting party shall submit an alternative proposed instruction covering the subject or issue of law.

9. Any trial briefs shall be filed on or before **September 6, 2022**.

IT IS SO ORDERED.

Dated:   **August 2, 2022**

UNITED STATES MAGISTRATE JUDGE