UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>            Plaintiff,<br><br>v.<br><br>A. VERA,<br><br>           Defendant. | Case No. 1:18-cv-01463-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE AUDREE CHATMAN**, CDCR **No. AX3772**, IN PERSON<br><br>DATE: September 13, 2022<br>TIME:  8:00 a.m. |

**Inmate Audree Chatman**, **CDCR No. AX3772**, a necessary and material witness on his own behalf in a jury trial on September 13, 2022, is confined at R.J. Donovan Correctional Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **appear in person at the United States District Court for the Eastern District of California, Fresno Division,** before Magistrate Judge Stanley A. Boone, on **September 13, 2022, at 8:00 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the jury trial, or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The R.J. Donovan Correctional Facility**

      **WE COMMAND** you to produce the inmate named **above to appear in person** at the time and place above, until completion of the settlement conference, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **August 12, 2022**

                                                UNITED STATES MAGISTRATE JUDGE

