# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>H. VERA,<br><br>       Defendant. | Case No. 1:18-cv-01463-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE THE TRIAL, AND VACATING MOTIONS IN LIMINE HEARING ON SEPTEMBER 1, 2022 AND SEPTEMBER 13, 2022 TRIAL DATE<br><br>(ECF No. 98) |

Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Vera for excessive force in violation of the Eighth Amendment.

The case is set for a jury trial on September 13, 2022, and a motion in limine hearing on September 1, 2022.

Currently before the Court is Defendant's request to continue the trial, filed August 30, 2022.

Defendant submits that Plaintiff is currently, and has been since August 21, 2022, in a mental health crisis bed. (Declaration of Joshua Shuster ("Shuster Decl.") ¶ 2.) On August 29, 2022, Plaintiff's mental health clinician reported that Plaintiff is not presently stable enough to have meaningful conversations about any legal issues, and it is not presently known when Plaintiff will be released from crisis bed. (Id. ¶ 3.) Because of Plaintiff's placement in crisis

1

bed, Defendant has been unable to communicate with Plaintiff to meet and confer regarding trial issues, including jury instructions, proposed voir dire, proposed verdict forms, and proposed trial exhibits. (Id. ¶ 4.) In addition, Plaintiff likely does not have access to his legal property in the crisis bed, and would not have an opportunity to review and file objections to Defendant's trial exhibits. (Id.) Plaintiff also has not had the opportunity to file his own motions in limine, which were due after Plaintiff was admitted to crisis bed. (Id.) Plaintiff also did not have an opportunity to oppose Defendant's motions in limine, which were filed after Plaintiff was admitted to crisis bed. (Id.)

In the interest of justice and judicial economy, Defendant's request to continue the trial date shall be granted. The Court will also extend the deadline for Plaintiff to file motions in limine and an opposition to Defendant's motions in limine.

Based on the foregoing, it is HEREBY ORDERED:

1. The September 1, 2022, motions in limine hearing is VACATED;
2. The September 13, 2022, jury trial is VACATED;
3. The writs of habeas corpus issued on August 15, 2022, for the presence of Plaintiff and inmate Larry Alford (ECF Nos. 93, 94) are VACATED;
4. The jury trial is continued to **November 7, 2022, at 8:30 a.m.** in Courtroom 9;
5. On **October 15, 2022**, Defendant shall file a report regarding Plaintiff's status;
6. On or before **October 28, 2022**, Plaintiff shall file any motions in limine and opposition to Defendant's motions in limine, if so desired; and
7. The motions in limine will be deemed submitted for review without oral argument.

IT IS SO ORDERED.

Dated:   **August 30, 2022**

UNITED STATES MAGISTRATE JUDGE