# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREE CHATMAN,<br><br>   Plaintiff,<br><br>  v.<br><br>H. VERA,<br><br>   Defendant. | Case No. 1:18-cv-01463-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR ATTENDANCE OF INMATE WITNESS LEONARD KING<br><br>(ECF Nos. 101, 102) |

Plaintiff Audree Chatman is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on November 7, 2022.

Currently before the Court is Plaintiff's motion for attendance of inmate witness Leonard M. King, Jr., filed October 3, 2022, along with a separate declaration by inmate King. (ECF Nos. 101, 102.) In light of the impending trial date, Defendant Vera is HEREBY DIRECTED to file an opposition or non-opposition to Plaintiff's motion within five (5) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __October 5, 2022__

                UNITED STATES MAGISTRATE JUDGE

1